## FRENCH *v.* WEISE.[1]

APPEAL FROM JUSTICE'S COURT — DISCONTINUANCE OF SUIT — REVIVAL OF JUDGMENT.

> The discontinuance by a plaintiff in the circuit court of a suit appealed by him from justice's court, wherein defendant had judgment of no cause of action, does not revive said judgment, so as to render it a bar to a suit for the same cause of action subsequently instituted by the plaintiff in the circuit court.

Error to Wayne; Hosmer, J. Submitted April 6, 1897. Decided May 11, 1897.

*Assumpsit* by Albert E. French against Charles Weise for work and labor performed. From a judgment for plaintiff on verdict directed by the court, defendant brings error. Affirmed.

Plaintiff brought suit in justice's court, was defeated, and took a general appeal to the circuit court. The attor-

---

[1] Rehearing denied July 16, 1897.

ney for plaintiff entered his appearance in the circuit court, and, before any appearance by defendant, caused an order to be entered discontinuing the suit. This suit was then brought in the circuit court for the identical cause of action as that in the former suit, and plaintiff recovered judgment. Defendant gave notice of the former suit as a bar to the present one.

*George Gartner* ( *E. A. Stricker*, of counsel), for appellant.

*James H. Pound*, for appellee.

GRANT, J. (*after stating the facts*). Upon a general appeal from a justice's court to the circuit court, the suit is for trial *de novo*, and is subject to the same rules as though originally brought in the latter court. 2 How. Stat. § 7014. Upon the dismissal or discontinuance of the appeal, the judgment of the justice's court is revived. *Id.* §§ 7021, 7023. The discontinuance of an appeal provided for in the statute is not the same as a discontinuance of a suit pending in court. Plaintiff may, upon the trial, submit to a nonsuit, or voluntarily discontinue before trial, in a suit brought into the circuit court by appeal, as well as in one brought there by original writ or declaration.

The judgment is affirmed.

The other Justices concurred.